**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:    KARI D KIDDER                              CASE NO:  DK-15-05181
          PO BOX 4204                                Chapter 13
          JACKSON, MI  49204                         HON. SCOTT W. DALES
                                                     Filed:  September 19, 2015

# NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

**NOW COMES**  Barbara P. Foley, Chapter 13 Trustee, and hereby withdraws her Motion to Dismiss previously filed in this matter as the Debtor has:

### THE DEBTOR FILED THE AMENDED SCHEDULE I AND J AS REQUESTED.

and the Motion was originally scheduled for a hearing before this Court on 10/24/2018

This Notice of Withdrawal of Motion to Dismiss has been electronically filed with the Court and the Attorney for the Debtor and mailed to the Debtor.

**Debtor:**                  KARI D KIDDER
                             PO BOX 4204
                             JACKSON, MI  49204

**Attorney for Debtor:**     HETTINGER & HETTINGER PC
                             121 W CEDAR ST
                             KALAMAZOO, MI  49007

October 03, 2018                          /s/  Barbara P. Foley
                                          _____
                                          Barbara P. Foley(P34558)
                                          CHAPTER 13 TRUSTEE
                                          229 E. MICHIGAN AVE, SUITE 440
                                          KALAMAZOO, MI  49007
                                          269.343.0305

Served on:  10/03/2018

HSL